UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS A. JOHNSON, )
    Plaintiff, )
) No. 1:12-cv-114
-v- )
) HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant. )
_____)

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Douglas Johnson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 19, 2013                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge