UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Douglas A. Johnson,<br>  Plaintiff,<br><br>-v-<br><br>Commissioner of Social Security,<br>  Defendant. | No. 1:12-cv-114<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Douglas Johnson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 19, 2013              /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge